**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **DENOUNICIA REDWINE,**<br>***Plaintiff,***<br><br>**v.**<br><br>**MARTIN O'MALLEY,**<br>**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,**<br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:22-CV-255-ADA-DNM** |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dan N. MacLemore (Dkt. 23). The report recommends that this Court **AFFIRM** the Commissioner's final decision and **DISMISS** this case with prejudice. *Id.* at 1, 9. The report was filed on August 10, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). To date, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge MacLemore (Dkt. 23) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Commissioner's final decision is hereby **GRANTED** and this matter is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to **CLOSE** this case. All pending motions are hereby **DENIED-AS-MOOT**.

**SIGNED** this 27th day of August, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE